UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Richard M. Rottinger, | Bankruptcy No. 13-17471 |
| Debtor. | Honorable Bruce W. Black |

## NOTICE OF MOTION

**Please take notice** that on **Friday, September 20, 2013, at 9:15 a.m.** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Bruce W. Black, United States Bankruptcy Judge for the Northern District of Illinois, on the 2nd Floor of the Joliet City Hall Building at 150 West Jefferson Street in Joliet, Illinois, and then and there shall present the attached **Motion to Authorize Final and Binding Arbitration**, a copy of which is attached hereto and herewith served upon you.

Dated: September 6, 2013

**Thomas B. Sullivan**, not individually but as the chapter 7 trustee of the bankruptcy estate of Richard M. Rottinger

By: /s/ Ariane Holtschlag
One of His Attorneys

William J. Factor (6205675)
Sara E. Lorber (6229740)
Ariane Holtschlag (6294327)
**THE LAW OFFICE OF
    WILLIAM J. FACTOR, LTD.**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (847) 239-7248
Fax:    (847) 574-8233
Email: wfactor@wfactorlaw.com
       slorber@wfactorlaw.com
       aholtschlag@wfactorlaw.com

# CERTIFICATE OF SERVICE

      I, Ariane Holtschlag, an attorney, hereby certify that on September 6, 2013, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Motion* and the accompanying *Motion to Authorize Final and Binding Arbitration* to be served on the parties listed below by electronic notice where indicated by the presence of an electronic address or by first class mail where indicated by the presence of a postal address.

                                                          */s/ Ariane Holtschlag*

## SERVICE LIST

**Registrants in the Case**
(Service via ECF)

- **David Brown**                dbrown@springerbrown.com
- **Patrick S Layng**            USTPRegion11.ES.ECF@usdoj.gov
- **Thomas B Sullivan**       tsullivan@wfactorlaw.com

**Non-Registrants**
(Service via U.S. mail)

Richard M. Rottinger
28W165 Countryview Drive
Naperville, IL 60564

Mark C. Murnane
120 N. LaSalle Street, 35th Floor
Chicago, IL 60602

Bank of America, N.A.
PO Box 26012
NC4-105-02-99
Greensboro, NA 27420

Green Tree Servicing LLC
PO Box 0049
Palatine, IL 60055-0049

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| Richard M. Rottinger, | Bankruptcy No. 13-17471 |
| Debtor. | Honorable Bruce W. Black |

## NOTICE OF HEARING

TO: All Creditors, see attached Service List.

    Please take notice that on Friday, September 20, 2013, at the hour of 9:15 a.m. on the 2nd Floor of the Joliet City Hall Building at 150 West Jefferson Street in Joliet, Illinois, Thomas B. Sullivan, Trustee of the bankruptcy estate of Richard M. Rottinger, will present a motion to the Honorable Bruce W. Black, US Bankruptcy Judge, for authority to enter into final and binding arbitration, at which time and place you may appear and be heard if you so choose. In support of his requested relief, the Trustee states as follows:

    Thomas B. Sullivan, not individually but in his capacity as the trustee (the "Trustee") of the above-captioned bankruptcy estate (the "Estate") of Richard M. Rottinger (the "Debtor"), respectfully requests that the Court authorize submission of the Estate's personal injury claim against Mary Scheive currently pending in the Circuit Court of DuPage County under case number 2010L 001429 to final and binding arbitration pursuant to Rule 9019(c) of the Federal Rules of Bankruptcy Procedure. In support of this motion, the Trustee respectfully states as follows:

    This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois. Venue of the above-captioned case (the "Case") and of this motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b).

    The Debtor commenced this case by filing a voluntary petition under Chapter 7 of the Bankruptcy Code on April 25, 2013 (the "Petition Date"). Thomas B. Sullivan is the duly appointed and qualified trustee. Among the assets of the Estate is a personal injury claim against Mary Scheive currently pending in the Circuit Court of DuPage County under case number 2010L 001429 (the "Personal Injury Suit") arising out of a pre-

petition auto accident. The demand in the case is for $50,000; the amount of Ms. Scheive's insurance policy limit. Prior to Petition Date, the Debtor retained the services of Mark Murnane and the law firm of O'Connor Nakos to represent him in pursuing the personal injury claim. A motion to retain Mr. Murnane as special counsel to the Estate will be presented along with the instant motion. All parties to the Personal Injury Suit, including the Debtor, now desire to submit this matter to final and binding arbitration in lieu of a jury trial. In light of the Trustee's experience with jury trial awards in DuPage County as well as the additional costs for depositions of medical professionals, etc. associated with trial as well as the additional time involved, the Trustee now feels it is in the best interest of the Estate to submit this matter to final and binding arbitration.

    Fourteen days' notice of this motion has been given to: (i) the Office of the United States Trustee; (ii) the Debtors; (iii) the Debtors' counsel; (iv) the Debtors' creditors; and (v) any person that has requested notice in the case or that receives notices through the ECF System with respect to the case. Due to the time constraints of the state court proceeding, the Trustee requests that the notice given be deemed sufficient.

    WHEREFORE, the Trustee respectfully requests that the Court enter an order approving the Agreement, authorizing the Trustee to enter into the Agreement, and granting such other and further relief as this Court may deem just and appropriate.

    If you wish to file a written objection to the relief requested it must be filed with the Clerk of the United States Bankruptcy Court, Room 710, Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois 60604 no later than September 19, 2013, with copies mailed to the Trustee's attorneys at 105 W. Madison, Suite 1500, Chicago, Illinois, 60602. If no objections are filed, the court will likely grant the requested relief.

Dated: September 6, 2013          **Thomas B. Sullivan**, not individually but as the chapter 7 trustee of the bankruptcy estate of Richard M. Rottinger

                                                By: /s/ Ariane Holtschlag
                                                One of His Attorneys

## CERTIFICATE OF SERVICE

       I, Ariane Holtschlag, an attorney, certify that I caused a copy of the foregoing Notice of Hearing to be served on all creditors as identified on the attached list by first class mail by depositing same with the United States Postal Service, Chicago, Illinois, postage prepaid, prior to 5:00 p.m. this September 6, 2013.

                                       */s/ Ariane Holtschlag*
                                       Ariane Holtschlag

## SERVICE LIST

**All Creditors**
(Service via U.S. mail)

**Bank of America**
PO Box 15220
Wilmington, DE 19886-5220

**Bank of America**
135 S. LaSalle Street
Suite 1025
Chicago, IL 60603

**Bank of America Home Loans**
PO Box 5170
Simi Valley, CA 93062-5170

**Blitt & Gaines**
661 W. Glenn Avenue
Wheeling, IL 60090

**BMO Harris Bank**
111 W. Monroe St.
Chicago, IL 60603

**Capital One**
P.O. Box 6492
Carol Stream, IL 60197-6492

**Central Portfolio Control**
6640 Shady Oak Rd
#300
Eden Prairie, MN 55344-7710

**Chase**
PO Box 15298

**DuPage Medical Group**
15921 Collections Center
Chicago, IL 60693

**Edward Hospital**
P.O. 4207
Carol Stream, IL 60197

**FIA Credit Services**
1100 N King Street
Wilmington, DE 19884

**Frederick Hanna & Assoc., PC**
1427 Roswell Road
Marietta, GA 30062

**Green Tree**
PO Box 6172
Rapid City, SD 57709-6172

**HSBC/Nieman Marcus**
PO Box 15521
Wilmington, DE 19850-5521

**Lisa Weekley**
117 Aurora Ave.
Naperville, IL 60564

**Merchant's Credit Guide Co.**
223 W. Jackson Blvd.

Wilmington, DE 19850

**CitiBank**
P.O. 6500
Sioux Falls, SD 57117

**Citicard**
Customer Service Center
P.O. Box 6500
Sioux Falls, SD 57117

**Counseling and Consulting Services**
1035 Grove Street
Downers Grove, IL 60515-5090

Chicago, IL 60606

**Midland Credit Management**
8875 Aero Drive
Suite 200
San Diego, CA 92123-2255

**Miramed Revenue Group**
Dept 77304
PO Box 77000
Detroit, MI 48277-0304

**Miramed Revenue Group**
Dept 77304
PO Box 77000
Detroit, MI 48277-0304

**MRS Associates**
1930 Olney Ave.
Cherry Hill, NJ 08003

**Sunrise Credit Services, Inc.**
PO Box 9100
Farmingdale, NY 11735-9100

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Richard M. Rottinger, | Bankruptcy No. 13-17471 |
| Debtor. | Honorable Bruce W. Black |

### MOTION TO AUTHORIZE FINAL AND BINDING ARBITRATION

Thomas B. Sullivan, not individually but in his capacity as the trustee (the "*Trustee*") of the above-captioned bankruptcy estate (the "*Estate*") of Richard M. Rottinger (the "*Debtor*"), respectfully requests that the Court authorize submission of the Estate's personal injury claim against Mary Scheive currently pending in the Circuit Court of DuPage County under case number 2010L 001429 to final and binding arbitration pursuant to Rule 9019(c) of the Federal Rules of Bankruptcy Procedure. In support of this motion, the Trustee respectfully states as follows:

### JURISDICTION

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois.

2. Venue of the above-captioned case (the "Case") and of this motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b).

### DISCUSSION

4. The Debtor commenced this case by filing a voluntary petition under Chapter 7 of the Bankruptcy Code on April 25, 2013 (the "*Petition Date*").

5. Thomas B. Sullivan is the duly appointed and qualified trustee.

6. Among the assets of the Estate is a personal injury claim against Mary Scheive currently pending in the Circuit Court of DuPage County under case number 2010L 001429 (the "*Personal Injury Suit*") arising out of a pre-petition auto accident. The demand in the case is for $50,000; the amount of Ms. Scheive's insurance policy limit.

7. Prior to Petition Date, the Debtor retained the services of Mark Murnane and the law firm of O'Connor Nakos to represent him in pursuing the personal injury claim.

8. A motion to retain Mr. Murnane as special counsel to the Estate will be presented along with the instant motion.

9. All parties to the Personal Injury Suit, including the Debtor, now desire to submit this matter to final and binding arbitration in lieu of a jury trial.

10. In light of the Trustee's experience with jury trial awards in DuPage County as well as the additional costs for depositions of medical professionals, etc. associated with trial as well as the additional time involved, the Trustee now feels it is in the best interest of the Estate to submit this matter to final and binding arbitration.

## NOTICE

11. Fourteen days' notice of this motion has been given to: (i) the Office of the United States Trustee; (ii) the Debtors; (iii) the Debtors' counsel; (iv) the Debtors' creditors; and (v) any person that has requested notice in the case or that receives notices through the ECF System with respect to the case. Due to the time constraints of the state court proceeding, the Trustee requests that the notice given be deemed sufficient.

WHEREFORE, the Trustee respectfully requests that the Court enter an order approving the Agreement, authorizing the Trustee to enter into the

Agreement, and granting such other and further relief as this Court may deem just and appropriate.

| | |
|---|---|
| Dated: September 6, 2013 | Respectfully submitted,<br>**Thomas B. Sullivan**, not individually but as the chapter 7 trustee of the bankruptcy estate of Richard M. Rottinger<br><br>By: /s/ Ariane Holtschlag<br>One of His Attorneys |

William J. Factor (6205675)
Sara E. Lorber (6229740)
Ariane Holtschlag (6294327)
**THE LAW OFFICE OF
    WILLIAM J. FACTOR, LTD.**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (312) 878-4830
Fax:    (847) 574-8233
Email:  wfactor@wfactorlaw.com
        slorber@wfactorlaw.com
        aholtschlag@wfactorlaw.com